# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTONIO BENNETT,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : CASE NO. 3:24-cv-01098-KM |
| | : |
| **LVNV FUNDING, LLC,** | : |
| | : |
| **Defendant.** | : |
| | : |
| | : |

## DEFENDANT LVNV FUNDING, LLC'S
## RULE 7.1 DISCLOSURE STATEMENT

Defendant LVNV Funding, LLC respectfully makes the following disclosure:

1. Is the party a non-governmental corporate party?

**Yes.**

2. If the answer to Number 1 is Yes, list below any parent corporation or state that there is no such corporation.

**Sherman Originator, LLC**

3. If the answer to Number 1 is Yes, list below any publicly held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

**None.**

1

                        Respectfully Submitted,

                        **MESSER STRICKLER BURNETTE, LTD.**

By:   <u>*/s/ Lauren M. Burnette*</u>
        LAUREN M. BURNETTE, ESQUIRE
        PA Bar No. 92412
        12276 San Jose Blvd. Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        *Counsel for Defendant*

Dated: July 10, 2024

## CERTIFICATE OF SERVICE

I certify that on July 10, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

        **MESSER STRICKLER BURNETTE, LTD.**

By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA Bar No. 92412
       12276 San Jose Blvd. Suite 718
       Jacksonville, FL 32223
       (904) 527-1172
       (904) 683-7353 (fax)
       lburnette@messerstrickler.com

       *Counsel for Defendant*