IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Antonio Bennett,<br>          Plaintiff<br><br>v.<br><br>LVNV Funding, LLC,<br>          Defendant | Docket No. 3:24-cv-1098-KM<br><br>(Judge Karoline Mehlachick)<br><br>ELECTRONICALLY FILED |

## NOTICE OF SETTLEMENT

The parties have reached a settlement in this matter, and it is expected that the case will be ready to close within the next 45 days.

*s/ Brett M. Freeman*
Brett M. Freeman
Bar Number PA 308834
FREEMAN LAW
Attorney for Plaintiff
606 Hamlin Highway, Suite 2
Lake Ariel, PA 18436
P: (570) 589-0010
F: (570) 456-5955
brett@freeman.law